In the Matter of the Application of DAVID ROBSON.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VINCENT ASTOR, Appellant, v. HOTEL ST. REGIS, INC., and Another, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant. VINCENT ASTOR, Appellant, v. DURHAM HOLDING CORPORATION and Others, Respondents.— Order so far as appealed from modified by striking therefrom the last paragraph thereof, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS MORTGAGE COMPANY, Respondent, v. AMERICAN SURETY COMPANY, Defendant, Impleaded with SEABOARD SURETY COMPANY, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. The plaintiff should apply at Special Term for leave to serve an amended complaint which should contain the facts relied upon in order to show that defendant, appellant, waived certain conditions of the policy. (See *Glazer* v. *Home Insurance Co.*, 190 N. Y. 6, at p. 10.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., Relative to Acquiring an Estate in Fee Simple Absolute in Certain Real Property on the Easterly Side of East Mosholu Parkway North, the Southerly Side of Van Cortlandt Avenue East, and East Two Hundred and Sixth Street and Perry Avenue, etc., for the Construction, Maintenance and Operation in Perpetuity of a Rapid Transit Railroad, etc. EVANGELICAL LUTHERAN CHURCH OF THE EPIPHANY, Claimant, Appellant; THE CITY OF NEW YORK, Respondent.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

UNION COUNTY TRUST COMPANY, Appellant, v. ALFRED S. BROWN, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ONNIK NEVROUZ, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.—Appeal dismissed, without costs. (See *Mitchell* v. *Dunmore Realty Co.*, 135 App. Div. 583.) Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING TRUST COMPANY, as Substituted Trustee under the Deed of Trust Made by ALONZO R. PECK, for the Benefit of FANNIE F. PECK, Appellant, v. SOR-SEL HOLDING CORPORATION, Respondent, Impleaded with Others. (Action No. 1.) — Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING TRUST COMPANY, as Substituted Trustee under the Deed of Trust Made by ALONZO R. PECK, for the Benefit of FANNIE F. PECK, Appellant, v. SOR-SEL HOLDING CORPORATION, Respondent, Impleaded with Others. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CLAUDE PHELPS, Respondent, v. JAMES J. SEXTON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer. JJ.